# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| THE WOODLSLANDS PRIDE, INC., *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, in his official capacity as Attorney General of Texas, *et al.*,<br>*Defendants*. | CIVIL ACTION NO. 4:23-CV-2847 |

## DEFENDANT PAXTON'S NOTICE OF APPEAL

Defendant Attorney General Ken Paxton, in his official capacity, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on September 26, 2023.

Dated: September 29, 2023.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

**RYAN KERCHER**
Deputy Chief, General Litigation Division

/s/ Taylor Gifford
**TAYLOR GIFFORD**
Assistant Attorney General
Attorney-in-Charge
Texas Bar No. 24027262
Southern District ID No. 3624053

**CHARLES K. ELDRED**
Chief, Legal Strategy Division
Texas Bar No. 00793681
Southern District ID No. 20772

**JOHNATHAN STONE**
Assistant Attorney General
Texas Bar No. 24071779
Southern Dist. No. 1635446

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

(512) 463-2120 | FAX: (512) 320-0667
Taylor.Gifford@oag.texas.gov
Charles.Eldred@oag.texas.gov
Johnathan.Stone@oag.texas.gov
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, a true and correct copy of the foregoing document was served via the Court's electronic filing manager system to all counsel of record.

/s/ *Taylor Gifford*
**TAYLOR GIFFORD**
Assistant Attorney General

3