No. 23-20480

# In the United States Court of Appeals for the Fifth Circuit

The Woodlands Pride, Incorporated; Abilene Pride Alliance; Extragrams L.L.C.; 360 Queen Entertainment, L.L.C.; Brigitte Bandit,

*Plaintiffs-Appellees*,

v.

Warren Kenneth Paxton, In an official capacity as Attorney General of Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; Montgomery County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Taylor County, Texas; City of Abilene, Texas,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT-APPELLANT'S OPENING BRIEF**

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Defendant-Appellant Attorney General Warren Kenneth Paxton, files this Unopposed Motion for an Extension of Time to File his Opening Brief, by 30 days, to and including Friday, December 15, 2023. This is the Attorney General's first request for an extension of time for this brief, and it is unopposed.

**1.** The Attorney General's opening brief is currently due on Wednesday November 15, 2023. The Attorney General seeks to extend the time to file his brief by 30 days, up to and including Friday, December 15, 2023.

**2.** The requested 30-day extension of time is necessary due to multiple engagements that have required or will require significant attention since the briefing order was issued in this case on October 6, 2023 including:

- an Appellant's Brief in *Texas v. Loe*, No. 23-0697 (Tex.), filed in the Supreme Court of Texas on October 16, 2023;

- An amicus brief in *Jackson Municipal Airport Authority v. Harkins*, No. 21-60312 (5th Cir.), filed in this Court on October 17, 2023;

- a Motion for Stay Pending Appeal in *The Woodlands Pride v. Paxton*, No. 23-20480 (5th Cir.), filed in this Court on October 27, 2023;

- an Appellant's Brief in *Book People v. Wong*, No. 23-50068 (5th Cir.), filed in this Court on October 30, 2023;

- a Reply Brief in *State of Texas v. Zurawski*, No. 23-0629 (Tex.), filed in the Supreme Court of Texas on October 31, 2023;

- a Reply Brief in *State of Texas v. Harris County*, No. 23-0656 (Tex.), due to be filed in the Supreme Court of Texas on November 7, 2023;

- an Appellant's Brief in *Public Utility Commission of Texas v. Luminant Energy Co. LLC*, No. 23-0231 (Tex.), due to be filed in the Supreme Court of Texas on November 9, 2023;

- an Appellees' Brief in *Richardson v. Texas*, No. 23-40526 (5th Cir.) due to be filed in this Court on November 9, 2023;

- A Reply Brief in *State v. Richardson*, No. 05-23-00325-CV (Tex. App.—Dallas), due to be filed in the Texas Court of Appeals for the Fifth Appellate District on November 13, 2023;

- a Reply in Support of a Motion for Stay Pending Appeal in *The Woodlands Pride v. Paxton*, No. 23-20480 (5th Cir.), due to be filed in this Court on November 13, 2023;

- presenting oral argument to the Texas Court of Appeals for the Fifth Appellate District on November 15, 2023, in *Paxton v. Commission for Lawyer Discipline*, No. 05-23-00128 (Tex. App.—Dallas);

- a Reply Brief in *Bevill v. Wheeler*, No. 23-40331 (5th Cir.), due to be filed in this Court on November 20, 2023;

- a Brief in Opposition to a Petition for a Writ of Certiorari in *Daves v. Dallas County*, No. 23-97 (U.S.), due to be filed in the United States Supreme Court on November 24, 2023; and

- presenting oral argument to the Supreme Court of Texas on November 28, 2023, in *State of Texas v. Harris County*, No. 23-0656 (Tex.).

3. The extension is sought in the interest of justice and is not for delay, and no party will be prejudiced if this extension is granted. No party opposes the requested extension.

4. For the foregoing reasons, the Attorney General respectfully requests that the Court grant his unopposed motion for a 30-day extension of time to file his opening brief, making that brief due on Friday, December 15, 2023.

Date: November 7, 2023

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Respectfully submitted.

/s/ Lanora C. Pettit
LANORA C. PETTIT
Principal Deputy Solicitor General
Lanora.Pettit@oag.texas.gov

WILLIAM F. COLE
Assistant Solicitor General

Counsel for Defendant-Appellant Attorney General Paxton

## Certificate of Conference

On November 6, 2023, I conferred with Brian Klosterboer, counsel for Appellees. Mr. Klosterboer stated that Appellees do not oppose this extension. On November 6, I conferred with Robert Wagstaff, counsel for Taylor County and the Taylor County District Attorney, who stated that Taylor County and the Taylor County District Attorney do not oppose this extension. On November 7, I conferred with Ray Viada, counsel for the City of Abilene, who stated that the City of Abilene does not oppose this extension. On November 7, I conferred with Daniel Plake, counsel for Montgomery County and the Montgomery County District Attorney, who stated that Montgomery County and the Montgomery County District Attorney do not oppose this extension.

/s/ Lanora C. Pettit
Lanora C. Pettit

## Certificate of Service

On November 7, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Lanora C. Pettit
Lanora C. Pettit

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 567 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Lanora C. Pettit<br>
Lanora C. Pettit