# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20480    Woodlands Pride v. Paxton
                  USDC No. 4:23-CV-2847

The court has granted the unopposed motion of Appellant Mr. Warren Kenneth Paxton for an extension of time to and including January 9, 2024, for filing its Appellant's brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Alison Dawn Andrews
Mr. Thomas Paul Buser-Clancy
Mr. William Francis Cole
Ms. Madeleine Rose Dwertman
Ms. Taylor K. Gifford
Ms. Katherine Elise Jeffress
Mr. Brian Klosterboer
Mr. Derek Raymond McDonald
Ms. Lanora Christine Pettit
Ms. Adriana Cecilia Pinon
Mr. Daniel Dale Plake
Mr. Brandt Thomas Roessler
Ms. Emily Rohles
Mr. Ramon Gustave Viada, III
Mr. Robert Burgess Wagstaff