**BAKER BOTTS** LLP

| | | |
|---|---|---|
| 910 LOUISIANA | AUSTIN | NEW YORK |
| HOUSTON, TEXAS | BRUSSELS | PALO ALTO |
| 77002-4995 | DALLAS | RIYADH |
| | DUBAI | SAN FRANCISCO |
| TEL +1 713.229.1234 | **HOUSTON** | SINGAPORE |
| FAX +1 713.229.1522 | LONDON | WASHINGTON |
| BakerBotts.com | | |

December 18, 2023

093020.0101

Emily Rohles
TEL: 7132292065
FAX: 7132297865
emily.rohles@bakerbotts.com

VIA CM/ECF FILING

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
Suite 115
New Orleans, Louisiana 70130

     Re:   Case No. 23-20480, *Woodlands Pride v. Paxton*

Dear Mr. Cayce:

     We represent Appellees in the above-referenced case.  Please remove Alison Andrews from the service list as she is no longer with our firm.

     Thank you and please let me know if you have any questions.

     Respectfully,

     */s/ Emily Rohles*
     Emily Rohles
     Counsel for Appellees

**BAKER BOTTS** LLP

Lyle W. Cayce                                    - 2 -                          December 18, 2023

## <u>Certificate of Service</u>

I hereby certify that on December 18, 2023, I electronically filed the foregoing letter with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system, which caused a true and accurate copy to be served on all counsel of record for Respondent via the Court's CM/ECF system.

Dated: December 18, 2023            */s/ Emily Rohles*
                                    Emily Rohles

                                    *Pro Bono Counsel for Appellees*