No. 23-20480

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

THE WOODLANDS PRIDE, INCORPORATED; ABILENE PRIDE ALLIANCE; EXTRAGRAMS, L.L.C.; 360 QUEEN ENTERTAINMENT, L.L.C.; BRIGITTE BANDIT,

*Plaintiffs-Appellees*,

v.

WARREN KENNETH PAXTON, IN AN OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS; MONTGOMERY COUNTY, TEXAS; BRETT LIGON, IN AN OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF MONTGOMERY COUNTY; CITY OF ABILENE; TAYLOR COUNTY, TEXAS; JAMES HICKS, IN AN OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF TAYLOR COUNTY,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division
Civil Action No. 4:23-cv-02847

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO APPELLANTS' OPENING BRIEFS**

Brian Klosterboer
Chloe Kempf
Thomas Buser-Clancy
Edgar Saldivar
Adriana Pinon
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

Derek R. McDonald
Maddy R. Dwertman
Katie Jeffress
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, TX 78704
(512) 322-2500

Brandt Thomas Roessler
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501

Travis Gray
Emily Rohles
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234
Fax (713) 229-1522

**Attorneys for Appellees**

1.      Appellees The Woodlands Pride, Inc., Abilene Pride Alliance, Extragrams, L.L.C., 360 Queen Entertainment, L.L.C., and Brigitte Bandit ("Appellees") hereby request a 30-day extension of time, through and including March 11, 2024, to file their response to Appellants' opening briefs, which were filed on January 9, 2024. Appellees' response is currently due on February 8, 2024.

2.      Counsel for Appellees contacted counsel for all Appellants, who each indicated that they do not oppose this motion.

3.      Appellees request an extension not for purposes of delay, but so that their counsel may have adequate time to prepare the response. Because Appellants in this case filed four principal briefs, Appellees require sufficient time to respond to each of Appellants' arguments. In addition to working on this response brief, counsel for Appellees have been and continue to be engaged with the press of business in other courts, including:

- Oral argument on January 30, 2024, in Cause No. 23-0697, *State of Texas, et al., v. Loe, et al.*, in the Supreme Court of Texas;
- Appellants' reply brief due on February 1, 2024, in Cause No. 23-5669, *Gore v. Lee*, in the Sixth Circuit Court of Appeals;

- Response to petition for review due on February 5, 2024, in Cause No. 23-0775, *FMC Technologies, Inc. v. Murphy*, in the Supreme Court of Texas;

- Closing arguments on February 13, 2024, in Cause No. 1:21-CV-0780-XR, *OCR-Greater Houston, et al., v. Texas Secretary of State John Scott, et al.*, in the U.S. District Court for the Western District of Texas; and

- Response to petition for review due on February 21, 2024, in Cause No. 23-0676, *Cactus Water Services, LLC v. COG Operating, LLC*, in the Supreme Court of Texas.

4.  For these reasons, Appellees respectfully request a 30-day extension to file their response, through and including March 11, 2024.

Dated: January 22, 2024                  */s/ Brian Klosterboer*
                                         Brian Klosterboer

                                         *Counsel for Appellees*

1

Respectfully submitted,

By: */s/ Brian Klosterboer*  
Brian Klosterboer  
   Texas Bar No. 24107833  
Chloe Kempf  
   Texas Bar No. 24127325  
Thomas Buser-Clancy  
   Texas Bar No. 24078344  
Edgar Saldivar  
   Texas Bar No. 24038188  
Adriana Pinon  
   Texas Bar No. 24089768  
ACLU FOUNDATION OF TEXAS, INC.  
P.O. Box 8306  
Houston, TX 77288  
Tel. (713) 942-8146  
Fax (713) 942-8966  
bklosterboer@aclutx.org  
ckempf@aclutx.org  
tbuser-clancy@aclutx.org  
esaldivar@aclutx.org  
apinon@aclutx.org  

*/s/ Emily Rohles*  
Emily Rohles  
   Texas Bar No. 24125940  
Travis Gray  
   Texas Bar No. 24101824  
BAKER BOTTS L.L.P.  
910 Louisiana Street  
Houston, TX 77002  
Tel. (713) 229-1234  
Fax (713) 229-1522  
emily.rohles@bakerbotts.com  
travis.gray@bakerbotts.com  

Derek R. McDonald  
   Texas Bar No. 00786101  
Maddy R. Dwertman  
   Texas Bar No. 24092371  
Katie Jeffress  
   Texas Bar No. 24126527  
BAKER BOTTS L.L.P.  
401 South 1st Street, Suite 1300  
Austin, TX 78704  
Tel. (512) 322-2500  
Fax (512) 322-2501  
derek.mcdonald@bakerbotts.com  
maddy.dwertman@bakerbotts.com  
katie.jeffress@bakerbotts.com  

Brandt Thomas Roessler  
   Texas Bar No. 24127923  
BAKER BOTTS L.L.P.  
30 Rockefeller Plaza  
New York, NY 10112  
Tel. (212) 408-2500  
Fax (212) 408-2501  
brandt.roessler@bakerbotts.com  

*Attorneys for Plaintiffs-Appellees*

3

## **CERTIFICATE OF CONFERENCE**

On January 17, 2024, I conferenced with counsel for Appellants and confirmed that Appellants do not oppose the relief requested in this motion.

*/s/ Brian Klosterboer*
Brian Klosterboer

*Counsel for Appellees*

## **CERTIFICATE OF SERVICE**

I certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I also certify that service will be accomplished on all registered CM/ECF users by the appellate CM/ECF system.

*/s/ Emily Rohles*
Emily Rohles

*Counsel for Appellees*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 300 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared using Microsoft Word in Georgia 14 pt. font.

Dated:  January 22, 2024                         /s/ Brian Klosterboer
                                                 Brian Klosterboer

                                                 *Counsel for Appellees*