FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8665
Email: samuel.light@friedfrank.com
April 18, 2024

Via CM/ECF

Hon. Lyle W. Cayce
Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA  70130-3408

Re:   *Woodlands Pride, Inc. v. William Kenneth Paxton*, 23-20480

Dear Mr. Cayce:

We are counsel to *amicus curiae* The Children's Defense Fund ("CDF"), on whose behalf we filed an amicus brief yesterday, ECF Dkt. No. 116.  Due to a clerical error, the list of those who contributed to this brief on both the cover and first page of the brief (page i) incorrectly listed the names of two law clerks employed by my firm who are not yet admitted to practice, and are awaiting admission to the bar, by failing to reflect their admission status.

The attached version of CDF's brief is identical to the brief filed yesterday except that it correctly indicates the admission status of those two law clerks on the brief's cover and page i, and also corrects the spelling of the name of one of my firm's associates, Juliana D'Alleva, on page i.  I would be grateful if your office would substitute the attached version of the brief in place of the brief we filed yesterday at Dkt. No. 116.

Thank you for your consideration.

Respectfully yours,

Samuel Light

SL:er

cc:   All counsel via CM/ECF

One New York Plaza, New York, New York 10004—1980
T:  +1.212.859.8000  *friedfrank.com*

63092727