No. 23-20480

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

THE WOODLANDS PRIDE, INCORPORATED; ABILENE PRIDE ALLIANCE; EXTRAGRAMS, L.L.C.; 360 QUEEN ENTERTAINMENT, L.L.C.; BRIGITTE BANDIT,

*Plaintiffs-Appellees*,

v.

WARREN KENNETH PAXTON, IN AN OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS; MONTGOMERY COUNTY, TEXAS; BRETT LIGON, IN AN OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF MONTGOMERY COUNTY; CITY OF ABILENE; TAYLOR COUNTY, TEXAS; JAMES HICKS, IN AN OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF TAYLOR COUNTY,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division
Civil Action No. 4:23-cv-02847

## UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT RECORD ON APPEAL

Brian Klosterboer
Chloe Kempf
Thomas Buser-Clancy
Edgar Saldivar
Adriana Pinon
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
(713) 942-8146

Derek R. McDonald
Maddy R. Dwertman
Katie Jeffress
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, TX 78704
(512) 322-2500

Brandt Thomas Roessler
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500

Travis Gray
Emily Rohles
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234

**Attorneys for Appellees**

Pursuant to Federal Rules of Appellate Procedure 10(e) and 27, Appellees The Woodlands Pride, Inc., Abilene Pride Alliance, Extragrams, L.L.C., 360 Queen Entertainment, L.L.C., and Brigitte Bandit ("Appellees") hereby move for leave to allow the clerk of the Southern District of Texas to supplement the record on appeal.

Appellees respectfully show the Court as follows:

1. This appeal arises from a consolidated trial and preliminary injunction hearing that occurred on August 28 and 29, 2023, No. 4:23-cv-02847 in the Southern District of Texas, Houston Division. During trial, the parties presented evidence through live testimony and exhibits, and 37 exhibits were admitted into evidence.

2. After Appellants initiated this appeal, the district court forwarded the record on appeal. The record on appeal included transcripts of the proceedings, but it did not include the exhibits that were admitted at trial.

3. The parties' briefs on appeal cite portions of the trial transcript where certain exhibits are referenced and discussed, but those exhibits are not available in the current record on appeal.

4. As such, Appellees seek to supplement the record on appeal, thereby allowing the Court to review all of the evidence admitted in the district court.

5. In that effort, Appellees re-filed the admitted exhibits (a list of which is attached hereto as Exhibit A) with the clerk of the Southern District of Texas on April 25, in Case No. 4:23-cv-02847. That filing has been docketed as DE No. 118. Upon conferring with the district court clerk, the clerk's office represented that it would be able to forward the omitted exhibits as a supplement to the record on appeal upon receiving leave from this Court.

6. The district court also has in its possession flash drives of videos that were admitted into evidence, which are docketed at DE No. 117. The videos are also available online at the hyperlinks listed on the exhibit list.

7. Accordingly, so that the Court may have the full record before it as it considers the parties' briefing, Appellees move for leave to allow the clerk of the Southern District of Texas to supplement the record on appeal.

8. Appellees have conferred with all Appellants, who confirmed that they do not oppose the relief requested herein.

9. Appellees therefore respectfully move for leave to have the district court clerk file a supplement to the record on appeal, including all exhibits admitted at trial.

Respectfully submitted,

By: */s/ Brian Klosterboer*
Brian Klosterboer
   Texas Bar No. 24107833
Chloe Kempf
   Texas Bar No. 24127325
Thomas Buser-Clancy
   Texas Bar No. 24078344
Edgar Saldivar
   Texas Bar No. 24038188
Adriana Pinon
   Texas Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax (713) 942-8966
bklosterboer@aclutx.org
ckempf@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org


Brandt Thomas Roessler
   Texas Bar No. 24127923
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tel. (212) 408-2500
Fax (212) 408-2501
brandt.roessler@bakerbotts.com

By: */s/ Maddy R. Dwertman*
Maddy R. Dwertman
   Texas Bar No. 24092371
Derek R. McDonald
   Texas Bar No. 00786101
Katie Jeffress
   Texas Bar No. 24126527
BAKER BOTTS L.L.P.
401 South 1st Street, Suite 1300
Austin, TX 78704
Tel. (512) 322-2500
Fax (512) 322-2501
derek.mcdonald@bakerbotts.com
maddy.dwertman@bakerbotts.com
katie.jeffress@bakerbotts.com

Travis Gray
   Texas Bar No. 24101824
Emily Rohles
   Texas Bar No. 24125940
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
Tel. (713) 229-1234
Fax (713) 229-1522
travis.gray@bakerbotts.com
emily.rohles@bakerbotts.com

*Attorneys for Appellees*

**CERTIFICATE OF CONFERENCE**

On May 9, 2024, I conferred with counsel for Appellants and confirmed that all Appellants do not oppose the relief requested in this motion.

/s/ *Brian Klosterboer*
Brian Klosterboer

*Counsel for Appellees*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this motion contains 397 words.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared using Microsoft Word in Georgia 14 pt. font.

Dated: May 13, 2024                    /s/ *Maddy R. Dwertman*
                                        Maddy R. Dwertman

                                        *Counsel for Appellees*

## **CERTIFICATE OF SERVICE**

I certify that on May 13, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I also certify that service will be accomplished on all registered CM/ECF users by the appellate CM/ECF system.

*/s/ Maddy R. Dwertman*
Maddy R. Dwertman

*Counsel for Appellees*

# EXHIBIT A

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Senate Bill 12, Enrolled Version | 08/28 | | 08/28 | |
| 2 | Senate Bill 12, History | | | | |
| 3 | Senate Bill 12, Authors | | | | |
| 4 | Senate Bill 12, Sponsors | | | | |
| 5 | Senate Bill 12, As Introduced/Filed Version | | | | |
| 6 | Senate Bill 12, As-Filed Bill Analysis, Senate Research Center (Mar. 21, 2023) | | | | |
| 7 | Senate Bill 12, Fiscal Note, Legislative Budget Board (Mar. 22, 2023) | | | | |
| 8 | Senate Bill 12, House Committee Report (May 12, 2023) | | | | |
| 9 | Senate Bill 12, House Committee Bill Analysis | | | | |
| 10 | Senate Bill 12, Conference Committee Report (May 26, 2023) | | | | |
| 11 | Senate Bill 12, As-Enrolled Bill Analysis, Senate Research Center (June 19, 2023) | | | | |
| 12 | Texas Senate, *Senate Committee on State Affairs (Part II)* (Mar. 23, 2023), https://tlcsenate.granicus.com/Me | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | diaPlayer.php?view_id=53&clip_id=17469 (last visited Aug. 22, 2023).[1] | 08/28 | | 08/28 | |
| 13 | Texas Senate, *Senate Session (Part II)* (Apr. 4, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17589 (last visited Aug. 22, 2023). | | | | | |
| 14 | Texas Senate, *Senate Session (Part III)* (Apr. 4, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17593 (last visited Aug. 22, 2023). | | | | | |
| 15 | Texas Senate, *Senate Session* (Apr. 5, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=17610 (last visited Aug. 22, 2023). | | | | | |
| 16 | Texas House of Representatives, *House Committee on State Affairs* (May 10, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=78&clip_id=24841 (last visited Aug. 22, 2023). | | | | | |
| 17 | Texas House of Representatives, *House Committee on State Affairs* | ↓ | | ↓ | | |

---

[1] These videos (Exhibits 12–20) are available on the Texas Legislature's website, and Plaintiffs are currently working to obtain downloadable copies to share directly with the Court before trial.

| | | | | | |
|---|---|---|---|---|---|
| | *(Part II)* (May 10, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=78&clip_id=24856 (last visited Aug. 22, 2023). | 08/28 | | 08/28 | |
| 18 | Texas House of Representatives, *88th Legislative Session (Part 1)* (May 19, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=80&clip_id=24930 (last visited Aug. 22, 2023). | | | | |
| 19 | Texas House of Representatives, *88th Legislative Session (Part 1)* (May 22, 2023), https://tlchouse.granicus.com/MediaPlayer.php?view_id=80&clip_id=24934 (last visited Aug. 22, 2023). | | | | |
| 20 | Texas Senate, *Senate Session (Part II)* (May 25, 2023), https://tlcsenate.granicus.com/MediaPlayer.php?view_id=53&clip_id=18121 (last visited Aug. 22, 2023). | | | | |
| 21 | Mark Lungariello, "Video of drag queen gyrating in front of child has Texas pols pushing for legislative action", NY Post (Oct. 18, 2022, 8:06 PM), *available at* https://nypost.com/2022/10/18/video-of-drag-queen-gyrating-next-to-child-sparks-backlash/ (last visited Aug. 22, 2023). | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | Robert Downen, "How Texas Activists Turned Drag Events Into Fodder for Outrage", Tex. Tribune (Feb. 24, 2023, 5:00 A.M.), *available at* https://www.texastribune.org/2023/02/24/texas-drag-protests-children/ (last visited Aug. 22, 2023). | 08/28 | 08/28 | | 08/28 |
| 23 | Greg Abbott (@GregAbbott_TX), TWITTER (June 24, 2023, 11:03 PM), https://twitter.com/gregabbott_tx/status/1672817859729162240?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | 08/28 | |
| 24 | Lieutenant Governor of Texas Dan Patrick, "Lt. Gov. Patrick Announces Top 30 Priorities for the 2023 Legislative Session" (Feb. 13, 2023), *available at* https://www.ltgov.texas.gov/2023/02/13/lt-gov-dan-patrick-announces-top-30-priorities-for-the-2023-legislative-session/ (last visited Aug. 22, 2023). | | | | |
| 25 | Bryan Hughes, FACEBOOK, (Mar. 23, 2023, 5:48 PM), https://www.facebook.com/BryanHughesTX/posts/pfbid0LBAWQr7km6fSGGtZrr8nbL8J5xKSBxLhocbMh1mfcVfRVepjGMj5euq26Fy7ECHbl (last visited Aug. 22, 2023). | | | | |
| 26 | Lieutenant Governor of Texas | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | Dan Patrick, "Statement On The Adoption Of Conference Committee Report For Senate Bill 12, Banning Children's Exposure To Drag Shows" (May 28, 2023), *available at* https://www.ltgov.texas.gov/2023/05/28/statement-on-the-adoption-of-conference-committee-report-for-senate-bill-12-banning-childrens-exposure-to-drag-shows/ (last visited Aug. 22, 2023). | 08/28 | | 08/28 | | |
| 27 | Matt Shaheen (@MattShaheen), TWITTER, (June 8, 2023, 7:48 AM), https://twitter.com/MattShaheen/status/1666789387005222912 (last visited Aug. 22, 2023). | | | | | |
| 28 | Caroline Harris (@CarolineForTX), TWITTER, (May 22, 2023, 4:09 PM), https://twitter.com/carolinefortx/status/1660754742639837184?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | | | |
| 29 | Carrie Isaac (@CarrieIsaac), TWITTER, (May 19, 2023, 11:11 PM) https://twitter.com/carrieisaac/status/1659773848676450304?s=12&t=PdsS2XI_vKHecU3T2VPeyw (last visited Aug. 22, 2023). | | | | | |
| 30 | Photograph of Extragrams Performance 1 | 08/28 | 08/28 | 08/28 | | |

| 31 | Photograph of Extragrams Performance 2 | | | | |
|---|---|---|---|---|---|
| 32 | Photograph of Extragrams Performance 3 | 08/28 | 08/28 | 08/28 | |
| 33 | Photograph of Extragrams Performance 4 | | | | |
| 34 | Photograph of Extragrams Performance 5 | | | | |
| 35 | Email from Student Engagement Coordinator at the University of Texas to Extragrams regarding future performances | | | | |
| 36 | Photograph of 360 Queen Entertainment Performance 1 | 08/28 | 08/28 | 08/28 | |
| 37 | Photograph of 360 Queen Entertainment Performance 2 | 08/28 | 08/28 | 08/28 | |
| 38 | Photograph of 360 Queen Entertainment Performance 3 | 08/28 | 08/28 | 08/28 | |
| 39 | Abilene Pride Alliance's Bylaws | | | | |
| 40 | Email from Executive Director of Expo Center of Taylor County to Abilene Pride Alliance regarding SB 12 | | | | |
| 41 | Photograph of Abilene Pride 1 | | | | |
| 42 | Photograph of Abilene Pride 2 | | | | |
| 43 | Facebook Post Threatening Boycott/Protest of Abilene Pride Alliance Drag Brunch | | | | |
| 44 | The Woodlands Pride, Inc.'s Bylaws | | | | |
| 45 | The Woodlands Pride Permit 2022 | | | | |

| 46 | Photograph of The Woodlands Pride 1 | | | | |
|----|----|----|----|----|----|
| 47 | Photograph of The Woodlands Pride 2 | 06/28 | 06/28 | 08/28 | |
| 48 | Photograph of The Woodlands Pride 3 | | | | |
| 49 | Photograph of The Woodlands Pride 4 | | | | |
| 50 | Photograph of The Woodlands Pride 5 | | | | |
| 51 | Photograph of The Woodlands Pride 6 | 06/28 | 06/28 | 06/28 | |
| 52 | Photograph of The Woodlands Pride 7 | | | | |
| 53 | Photograph of Brigitte Bandit 1 | | | | |
| 54 | Photograph of Brigitte Bandit 2 | | | | |
| 55 | Photograph of Brigitte Bandit 3 | 06/28 | 06/28 | 06/28 | |
| 56 | Photograph of Brigitte Bandit 4 | 06/28 | | 06/28 | |
| | | | | | |