# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 6, 2025
Lyle W. Cayce
Clerk

No. 23-20480

―――――――――――

The Woodlands Pride, Incorporated; Abilene Pride Alliance; Extragrams, L.L.C.; 360 Queen Entertainment, L.L.C.; Brigitte Bandit,

*Plaintiffs—Appellees*,

*versus*

Warren Kenneth Paxton, *In an official capacity as Attorney General of Texas*; Brett Ligon, *In an official capacity as District Attorney of Montgomery County*; Montgomery County, Texas; James Hicks, *In an official capacity as District Attorney of Taylor County*; Taylor County, Texas; City of Abilene, Texas,

*Defendants—Appellants*.

―――――――――――

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:23-CV-2847

―――――――――――

## JUDGMENT

Before Dennis, Southwick, and Engelhardt, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

No. 23-20480

IT IS ORDERED and ADJUDGED that the judgment of the District Court is VACATED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.