# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 05, 2025

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Daniel Plake
County Attorney's Office
for the County of Montgomery
501 N. Thompson Street
Suite 300
Conroe, TX 77301

Mr. Ramon Gustave Viada III
Viada & Strayer
17 Swallow Tail Court
Suite 100
The Woodlands, TX 77381

Mr. Robert Burgess Wagstaff
McMahon Surovik Suttle, P.C.
400 Pine Street
Suite 800
Abilene, TX 79601

    No. 23-20480   Woodlands Pride v. Paxton
                      USDC No. 4:23-CV-2847

Dear Counsel:

Please be advised that the court has requested a response to the Appellees' Petition for Rehearing to be filed in this office on or before December 15, 2025.

Sincerely,

LYLE W. CAYCE, Clerk


By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Omar Jesus Alaniz
     Mr. Z. Gabriel Arkles
     Ms. Meghan Berglind
     Mr. Monroe David Bryant Jr.
     Mr. Thomas Paul Buser-Clancy
     Ms. Madeleine Rose Dwertman
     Mr. Travis Walker Fife
     Ms. Andrea Friedenauer Hoeschen
     Ms. Katherine Elise Jeffress
     Mr. Bruce Edward Johnson
     Mr. Peter Drew Kennedy
     Mr. Brian Klosterboer
     Mr. Holt M. Lackey
     Mr. Thomas S. Leatherbury
     Mr. Samuel Mark Light
     Ms. Janice Mac Avoy
     Ms. Taylor McCarty
     Mr. Derek Raymond McDonald
     Mr. JT Morris
     Ms. Adriana Cecilia Pinon
     Ms. Elizabeth Poche
     Mr. Brandt Thomas Roessler
     Ms. Emily Rohles
     Ms. Megan Stater Shaw
     Mr. Peter Steffensen
     Mr. Adam Steinbaugh
     Mr. Eugene Volokh