Case No. 23-20480

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**The Woodlands Pride, Incorporated; Abilene Pride Alliance; Extragrams, L.L.C.; 360 Queen Entertainment, L.L.C.; Brigitte Bandit,**

*Plaintiffs – Appellees,*

v.

**Warren Kenneth Paxton, In an official capacity as Attorney General of Texas; Brett Ligon, In an official capacity as District Attorney of Montgomery County; Montgomery County, Texas; James Hicks, In an official capacity as District Attorney of Taylor County; Taylor County, Texas; City of Abilene, Texas,**

*Defendants – Appellants.*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION
Civil Action No. 4:23-CV-2847

**RESPONSE TO APPELLEES' PETITION FOR PANEL REHEARING:**
Montgomery County, Texas and Michael Holley in an official capacity as District Attorney

Daniel Plake
SBN: 24062942
FED ID No.: 918023
501 N. Thompson, Ste. 300
Conroe, Texas 77301
Tel: (936) 539-7828
Fax: (936) 760-6920
Daniel.Plake@mctx.org
ATTORNEY FOR APPELLANTS, Michael Holley and Montgomery County

## CERTIFICATE OF INTERESTED PERSONS

Appellants agree with Appellees' Certificate of Interested Persons.

                                                __s/ Daniel Plake_____
                                                Attorney of Record for Michael Holley in an official capacity as District Attorney and Montgomery County, Texas

0

Appellants Michael Holley[2] in an official capacity as District Attorney of Montgomery County, Texas, and Montgomery County, Texas do not express an opinion on the issues raised in Appellees' Petition for Rehearing. Appellants do not believe that issues raised by Appellees in their Petition for Panel Rehearing directly related to Appellants' arguments. In the event the Panel reconsiders the merits related to Appellants, Appellants' rest on the arguments in their brief.

          Respectfully submitted,

          __s/ Daniel Plake_____
          Daniel Plake
          SBN: 24062942
          FED ID No.:918023
          501 N. Thompson, Ste. 300
          Conroe, Texas 77301
          Tel: (936) 539-7828
          Fax: (936) 760-6920
          Daniel.plake@mctx.org

          **ATTORNEY FOR APPELLEES,**
          **Montgomery County and Michael Holley**
          **in his official capacity as District Attorney**

**CERTIFICATE OF SERVICE**

I, Daniel Plake, certify that today, December 12, 2025 a copy of this response by Appellants, Montgomery County, Texas and Michael Holley in his official capacity as District Attorney was served upon the following *via* the Court's EM/ECF

---

[2] As noted in Appellees' Petition, fn. 1, Michael Holley succeeded Brett Ligon as District Attorney of Montgomery County, Texas.

system:

| | |
|---|---|
| Mr. Ramon Gustave Viada, III<br>Viada & Strayer<br>17 Swallow Tail Court<br>Suite 100<br>The Woodlands, TX 77381<br>*Attorney for Appellant City of Abilene* | William F. Cole<br>Assistant Solicitor General<br>Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>*Attorney for Appellant Attorney General Paxton* |
| Mr. Robert Burgess Wagstaff<br>McMahon Surovik Suttle, P.C.<br>400 Pine Street<br>Suite 800<br>Abilene, TX 79601<br>*Attorney for Appellants Taylor County and James Hick in his official capacity as District Attorney* | Brian Klosterboer<br>Chloe Kempf<br>Thomas Buser-Clancy<br>Edgar Saldivar<br>Adriana Pinon<br>ACLU Foundation of Texas, Inc.<br>P.O. Box 8306<br>Houston, Texas 77288<br>*Attorneys for Appellees* |
| Derek R. McDonald<br>Maddy R. Dwertman<br>Katie Jeffress<br>Baker Botts L.L.P.<br>401 South 1st Street, Suite 1300<br>Austin, Texas 78704<br>*Attorneys for Appellees* | Brandt Thomas Roessler<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112<br>*Attorney for Appellees* |
| Emily Rohles<br>Baker Botts L.L.P.<br>910 Louisiana Street<br>Houston, Texas 77002<br>*Attorney for Appellees* | |

             s/ Daniel Plake

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitations of the Federal Rule of Appellate Procedure 32(a)(7) and 5TH Circuit Rule 32.3 because the brief contains 90 words, excluding the parts of the brief exempted by Rule 32(a)(7)(B). This brief complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point, Times New Roman font.

                                                                   s/ Daniel Plake