NO. 23-20480

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

The Woodlands Pride, Incorporated; Abilene Pride Alliance; Extragrams, L.L.C.; 360 Queen Entertainment, L.L.C., Brigitte Bandit,
*Plaintiffs-Appellees*

V.

Warren Kenneth Paxton, In an Official Capacity as Attorney General of Texas; Brett Ligon, In an Official Capacity as District Attorney of Montgomery County; Montgomery County, Texas; James Hicks, In an Official Capacity as District Attorney of Taylor County; Taylor County, Texas, City of Abilene, Texas,
*Defendants-Appellants*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

Civil Action No. 4:23-cv-02847
Honorable David Hittner, Judge, presiding

**APPELLANTS JAMES HICKS, IN AN OFFICIAL CAPACITY AS DISTRICT ATTORNEY OF TAYLOR COUNTY AND TAYLOR COUNTY, TEXAS' RESPONSE TO APPELLEES' PETITION FOR PANEL REHEARING**

Respectfully submitted,
**BY:** *s/ Robert B. Wagstaff*
**ROBERT B. WAGSTAFF (#20665000)**
MCMAHON SUROVIK SUTTLE, P.C.
400 Pine Street, Suite 800
Abilene, Texas 79601
Telephone:  (325) 676-9183
Facsimile:   (325) 676-8836
Email:  rwagstaff@mcmahonlawtx.com

## CERTIFICATE OF INTERESTED PERSONS

Appellants duly note and agree with Appellees' Certificate of Interested Persons.

Respectfully submitted,

**BY:**   */s/ Robert B. Wagstaff*
**ROBERT B. WAGSTAFF (#20665000)**
MCMAHON SUROVIK SUTTLE, P.C.
400 Pine Street, Suite 800
Abilene, Texas 79601
Telephone:  (325) 676-9183
Facsimile:   (325) 676-8836
Email:  rwagstaff@mcmahonlawtx.com

# DISTRICT ATTORNEY JAMES HICKS AND TAYLOR COUNTY'S RESPONSE TO APPELLEES' PETITION FOR PANEL REHEARING

Appellants James Hicks in his official capacity as District Attorney of Taylor County, Texas, and Taylor County, Texas, have reviewed the *Appellees' Petition for Panel Rehearing* and find no argument directed toward this Court's findings as they pertain to Hicks and Taylor County. As such, Hicks and Taylor County stand on this Court's Opinion and their briefing to the extent necessary.

Respectfully submitted,

**BY:** /s/ *Robert B. Wagstaff*
**ROBERT B. WAGSTAFF (#20665000)**
MCMAHON SUROVIK SUTTLE, P.C.
400 Pine Street, Suite 800
Abilene, Texas 79601
Telephone: (325) 676-9183
Facsimile: (325) 676-8836
Email: rwagstaff@mcmahonlawtx.com

# CERTIFICATE OF SERVICE

I certify that the foregoing brief was electronically filed on the *15th day of December, 2025*, using the court's CM/ECF system. I further certify that on this same date, a copy of this reply brief was served on all counsel of record via CM/EFC.

Brian Klosterboer
Chloe Kempf
Thomas Buser-Clancy
Edgar Saldivar
Adriana Pinon
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288

Derek R. McDonald
Maddy R. Dwertman
Katie Jeffress
Baker Botts L.L.P.
401 S. 1st St., Ste. 1300
Austin, TX 78704

Brandt Thomas Roessler
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, NY 10112

Emily Rohles
Baker Botts L.L.P.
910 Louisiana St.
Houston, TX 77002

Ken Paxton
Brent Webster
Aaron L. Nielson
William F. Cole
Benjamin E. Prengler
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

B.D. Griffin, County Attorney
Daniel Plake, Assistant County Attorney
501 N. Thompson St., Ste. 100
Conroe, TX 77301

Ramon G. Viada III
Viada & Strayer
17 Swallow Tail Ct.
The Woodlands, TX 77381

　　　　　　　　　　　　　　　　　　　*/s/ Robert B. Wagstaff*
　　　　　　　　　　　　　　　　　　**ROBERT B. WAGSTAFF**