No. 23-20480

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

The Woodlands Pride, Incorporated; Abilene Pride Alliance; Extragrams, L.L.C.; 360 Queen Entertainment, L.L.C.; Brigitte Bandit,

Plaintiffs - Appellees,

v.

Warren Kenneth Paxton, in an official capacity as Attorney General of Texas; Brett Ligon, in an official capacity as District Attorney of Montgomery County; Montgomery County, Texas; James Hicks, in an official capacity as District Attorney of Taylor County; Taylor County, Texas; City of Abilene, Texas,

Defendants - Appellants.

On Appeal from United States District Court
for the Southern District of Texas
C.A. No. 4:23-CV-2847

**RESPONSE OF APPELLANT CITY OF ABILENE, TEXAS
TO APPELLEES' MOTION FOR REHEARING**

Ramon G. Viada III
Viada & Strayer
17 Swallow Tail Court
The Woodlands, Texas 77381
(281) 419-6338
rayviada@viadastrayer.com

ATTORNEY FOR APPELLANT
CITY OF ABILENE, TEXAS

## **CERTIFICATE OF INTERESTED PERSONS**

Appellant City of Abilene agrees with Appellees' Certificate of Interest Persons.

                                    /s/ ***Ramón G. Viada III***
                                      Ramón G. Viada III

**RESPONSE OF APPELLANT CITY OF ABILENE, TEXAS TO APPELLEES' MOTION FOR REHEARING**

The City of Abilene responds to Appellees' motion for rehearing.

The City does not believe that the motion for rehearing directly challenges the order of the Court of Appeals directing the District Court to dismiss the suit against the City for want of jurisdiction. Consistent with its position throughout these proceedings, the City is a local governmental entity with no legal authority to disavow a state statute. However, no evidence suggests the City will enforce it in a manner that will violate the protected speech of any person. The arguments the City already made plainly show that the City lacks authority to nullify restrictions the State of Texas has placed on the use of public property; and the City as such has no law enforcement capacity. City's Brief, at pp. 17-30; Reply, pp. 1-4.

If, as Plaintiffs request, the Court were to reinstate an injunction against the Attorney General, such action would moot the suit against the City to the extent any of them had standing to bring it in the first place. *See* argument and authorities cited in City's Brief, at pp. 30-33; Reply, pp. 4-9. Furthermore, even if standing and mootness were not jurisdictional impediments to the suit against the City, the City has no Section 1983

liability on the merits, since S.B. 12 is a state policy (a statute), not a city policy, and the Abilene City Council has taken no steps to enforce S.B. 12 or to adopt it as a city policy or ordinance. *See* City Br., at pp. 33-43; Reply, pp. 8-15.

* * * * *

Accordingly, Appellant City of Abilene requests the Court, whatever its ruling on the Appellees' Motion for Rehearing, to leave undisturbed the Court's order commanding the District Court to dismiss Plaintiffs' action against the City, or otherwise render judgment for the City on the merits.

Respectfully submitted,

VIADA & STRAYER

By: /s/ ***Ramón G. Viada III***
    Ramón G. Viada III
    Texas State Bar No. 20559350
    17 Swallow Tail Court
    The Woodlands, Texas 77381
    (281) 419-6338
    rayviada@viadastrayer.com

ATTORNEY FOR APPELLANT
CITY OF ABILENE, TEXAS

## CERTIFICATE OF SERVICE

I certify that all counsel of record have been served a true and correct copy of the foregoing document by electronic submission for filing and service through the Electronic Case Filing System of the Fifth Circuit Court of Appeals on December 15, 2025.

/s/ ***Ramón G. Viada III***
Ramón G. Viada III

## CERTIFICATE OF COMPLIANCE

1.   This document complies with the type-volume limitation of FED. R. APP. P. 32(a)(7)(B) because, excluding the parts of the brief exempted by FED. R. APP. P. 32(f), this documents contains **302** words.

2.   This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Corel WordPerfect 2021 in 14 point font size and Century Schoolbook font style.

/s/ ***Ramón G. Viada III***
Ramón G. Viada III